FILED

MAR 11 2015

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| BARRY K. HOLT,<br><br>              Petitioner,<br><br>vs.<br><br>LEROY KIRKEGARD; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>              Respondents. | No. CV 13-85-BLG-SEH<br><br>ORDER |

On February 20, 2015, United States Magistrate Judge Carolyn S. Ostby entered Findings and Recommendation[1] in this matter. Petitioner did not file objections. No review is required of proposed findings and recommendations to which no objection is made. Thomas v. Arn, 474 U.S. 140, 149-152 (1986). However, this Court will review Judge Ostby's Findings and Recommendation for clear error.

---

[1] Doc. 30.

-1-

Upon review, I find no clear error in Judge Ostby's Findings and Recommendation and adopt them in full.

ORDERED:

1. The petition[2] is DENIED on the merits.

2. The Clerk of Court is directed to enter a judgment of dismissal.

3. A certificate of appealability is DENIED. Any appeal would be taken in bad faith as there has been no showing of any denial of constitutional rights and no reason to encourage further proceedings.

DATED this 11th day of March, 2015.

*Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Doc. 1.